# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence*

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED: _10/20/2021_         │
└─────────────────────────────────┘
```

October 19, 2021

Request GRANTED. SO ORDERED.
Dated: October 20, 2021   *Att cl a*

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Janet Jackson v. Comm'r of SSA  1:21-cv-00978-GHW-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on October 22, 2021.  Due to the many Certified Administrative Records ("CAR") filed by the Defendant as he recovers from the pandemic backlog, Plaintiff's counsel has incurred several conflicts on the briefing calendar and requires additional time to prepare his brief in this matter.  Plaintiff therefore writes to respectfully request an extension of time of sixty days (60), with the remaining scheduling order to remain in effect.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Leslie A. Ramirez-Fisher, Esq.   (Via ECF)
       Attorney for Defendant.