# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | | FLORIDA OFFICE: |
|---|---|---|
| 211 East 43rd Street | USDC SDNY | 1451 W Cypress Creek Road |
| Suite 608 | DOCUMENT | Suite 300 |
| New York, NY 10017 | ELECTRONICALLY FILED | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | DOC #: _____ | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | DATE FILED: 12/18/2021 | Fax: (754) 484-3121 |
| ***mail all correspondence* | | |

December 17, 2021

Request GRANTED. SO ORDERED.
Dated: 12/18/2021

*/s/ Stewart D. Aaron*

Honorable Stewart D. Aaron  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1970  
New York, NY 10007

**Letter Motion:**  
**Second Extension of Time Request**

**Re: Janet Jackson v. Comm'r of SSA  1:21-cv-00978-GHW-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on December 21, 2021.  Plaintiff writes to respectfully request the Court's indulgence with a second request for an extension of time of sixty days through and including February 19, 2022, to serve her motion.  Plaintiff expected to complete her brief herein in compliance with the revised scheduling order but was unable to do so due to staffing issues and multiple motions coming due on or about the same date.

The Defendant has been contacted and has no objection to this request.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc:   Leslie A. Ramirez-Fisher, Esq.   (Via ECF)  
        Attorney for Defendant.