# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence** | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2022

February 18, 2022

Honorable Stewart D. Aaron  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1970  
New York, NY 10007

**Letter Motion:**  
**3rd Extension of Time**  
**Request**

**Re: Janet Jackson v. Comm'r of SSA  1:21-cv-00978-GHW-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on February 19, 2022.

Plaintiff must regrettably request a third extension to complete her motion. Counsel contracted coronavirus which has caused a delay in several briefings. However, we anticipate completing the motion herein within the next two weeks and therefore request an adjournment through March 5, 2022.

Defendant has given consent to this request.

Thank you in advance for the Court's continued consideration.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Request GRANTED. SO ORDERED.  
Dated: 2/19/2022

Cc:   Leslie A. Ramirez-Fisher, Esq.   (Via ECF)  
        Attorney for Defendant.