**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JANET JACKSON,

                Plaintiff,                    21 **CIVIL** 978 (GHW)

      -against-                         **JUDGMENT**


KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                Defendant.
-------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 22, 2022, having reviewed the record, the parties'

submissions in connection with the motions, and the R&R, the Court agrees with Judge Aaron's

conclusions and the R&R is adopted in its entirety. For the reasons articulated in the R&R,

Plaintiff's motion for judgment on the pleadings is GRANTED and the Commissioner's cross-

motion for judgment on the pleadings is DENIED. This case is remanded to the Commissioner of

Social Security for further administrative proceedings consistent with the opinion; accordingly,

the case is closed.

**Dated:** New York, New York
      July 26, 2022

                                  **RUBY J. KRAJICK**
                             _____
                                 **Clerk of Court**
             **BY:**      K. Mango
                                 _____
                                 **Deputy Clerk**