# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
*** mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/27/2022
```

October 26, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Janet Jackson v. Comm'r of SSA  1:21-cv-00978-GHW-SDA**

Dear Honorable Judge Aaron:

Plaintiff's motion for Equal Access to Justice Act ("EAJA") fees was due on October 24, 2022. However, Plaintiff inadvertently overlooked the deadline in attempting to stipulate to EAJA fees with the Defendant. Plaintiff reached out to Defendant on October 17th with no response. Plaintiff followed up with Defendant on October 20th and was advised that "your eaja is under review." Plaintiff checked in with Defendant yesterday and was advised that the government has not yet completed its review.

Accordingly, Plaintiff seeks a three day extension through October 27, 2022, and asks the Court to accept her filing *nunc pro tunc*. Plaintiff has also filed her motion under separate filing to avoid further delay and for the Court's review and consideration.

Defendant was contacted today regarding consent for this extension request and advised that, "we state no position on your extension request."

No previous request for an EAJA extension has been made in this case. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff

(646) 992-8383
(718) 504-6962 fax

Cc:   Leslie A. Ramirez-Fisher, Esq.   (Via ECF)
      Attorney for Defendant.

Request GRANTED. SO ORDERED.
Dated: October 27, 2022